JOSEPH E. DEROUIN, Respondent, *v.* THE NEW YORK
AIR BRAKE COMPANY, Appellant.

*Derouin* v. *N. Y. Air Brake Co.,* 169 App. Div. 968, affirmed.
(Argued December 18, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered July 21, 1915, affirming a judgment in favor of
plaintiff entered upon a verdict. The action was brought
by plaintiff to recover damages for injuries alleged to
have been sustained by him at defendant's manufacturing
plant while employed in the millwright department and
engaged in the operation of a hand planer. It was

claimed that defendant failed to furnish a reasonably safe place in which to work and that the machine was dangerous and defective and not properly guarded and that by reason thereof plaintiff's hand was caught in the knives of said machine and he received the injuries complained of. The defendant admitted the injury, denied all other allegations of the complaint as to its negligence, and alleged that plaintiff was negligent and that he assumed the risks incident to his employment.

*Frederick M. Boyer* for appellant.

*T. Arthur Hendricks* and *Thomas Burns* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.